# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MARLON TRIPLETT,<br><br>　　　　　　　Petitioner,<br>v.<br>DWIGHT L. FONDREN,<br><br>　　　　　　　Respondent. | Civil No. 07-2343 (JRT/RLE)<br><br>**ORDER ADOPTING<br>REPORT AND RECOMMENDATION<br>OF MAGISTRATE JUDGE** |

　　　Marlon Triplett, #05419-089-C, FCI, Post Office Box 1000, Milan, MI 48160, petitioner *pro se*.

　　　Richard A. Newberry, Jr., Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

　　　The above-entitled matter comes before the Court upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson dated March 19, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

　　　Based on the Report and Recommendation of the Magistrate Judge, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED THAT** the Petition for a Writ of Habeas Corpus [Docket No. 1] is denied.

DATED: April 23, 2008
at Minneapolis, Minnesota.　　　　　　　　　　　　　　s/John R. Tunheim
　　　　　　　　　　　　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge